Michael R. Lozeau (State Bar No. 142893)
Richard Drury (State Bar No. 163559)
Christina M. Caro (State Bar No. 250797)
LOZEAU DRURY LLP
410 12th Street, Suite 250
Oakland, California 94607
Tel: (510) 836-4200
Fax: (510) 836-4205 (fax)
E-mails:   michael@lozeaudrury.com
           richard@lozeaudrury.com
           christina@lozeaudrury.com

Attorneys for Plaintiffs
CALIFORNIA SPORTFISHING PROTECTION
ALLIANCE and PETALUMA RIVER COUNCIL

James E. Sell
William R. Fenner
PARTON | SELL | RHOADES
750 Lindaro St., Suite 140
San Rafael, CA 94901
Tel: (415) 258-9700
Fax: (415) 258-9739 (fax)
E-mails:   jsell@partonsell.com
           wfenner@partonsell.com

Attorneys for Defendants SHAMROCK MATERIALS, INC.,
CORTO MENO SAND AND GRAVEL, LLC, and
CORTO MENO SAND AND GRAVEL II, LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation, PETALUMA RIVER COUNCIL, an unincorporated association,<br><br>           Plaintiffs,<br><br>      vs.<br><br>SHAMROCK MATERIALS, INC., a corporation; CORTO MENO SAND AND GRAVEL, LLC, a limited liability company, CORTO MENO SAND AND GRAVEL II, LLC, a limited liability company,<br><br>           Defendants. | Case No.  C11-02565 MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER ESTABLISHING A BRIEFING SCHEDULE FOR MOTION TO DISMISS AND FOR EXTENDING THE DEADLINE FOR INITIAL DISCLOSURES**<br><br>Hearing Date:  n/a<br>Time:  n/a<br>Courtroom:  B, 15th Floor<br><br>The Hon. Magistrate Judge Maria-Elena James |

Stip. and [Proposed] Order Establishing a Briefing Schedule for Motion to Dismiss and For Extending the Deadline for Initial Disclosures

1

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

WHEREAS, on May 26, 2011, Plaintiffs California Sportfishing Protection Alliance and Petaluma River Council filed their Complaint for Declaratory and Injunctive Relief and Civil Penalties ("Complaint");

WHEREAS, on August 10, 2011, Plaintiffs served a notice of the lawsuit and request for waiver of service of summons on each of the Defendants;

WHEREAS, on August 11, 2011, Defendants Shamrock Materials, Inc., Corto Meno Sand and Gravel, LLC, and Corto Meno Sand and Gravel II, LLC waived service of the complaint and summons;

WHEREAS, Defendants' answer or response to the Complaint is due on or before October 10, 2011;

WHEREAS, Defendants intend to respond to the Complaint by filing a motion to dismiss on October 10, 2011 with a hearing date set for November 17, 2011 or as soon thereafter as the motion can be heard by the Court;

WHEREAS, in order to accommodate the existing schedules and hearings in other matters being handled by counsel, the parties wish to adjust the deadlines for Plaintiffs' response and Defendants' reply to the motion to dismiss;

WHEREAS, Defendants have requested and CSPA has consented to an extension of the date by which initial disclosures pursuant to Federal Rules of Civil Procedure, Rule 26 are to be exchanged by the parties;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel:

1. That a motion to dismiss and accompanying brief in support thereof by Defendants be filed and served not later than October 10, 2011, setting a hearing date of November 17, 2011 or as soon thereafter as the motion can be heard by the Court;

2. That Plaintiffs' opposition to the motion to dismiss be filed and served ~~not later than October 26, 2011;~~ in accordance with Civil Local Rule 7;

3. That Defendants' reply brief in support of the motion to dismiss be filed and

Stip. and [Proposed] Order Establishing a Briefing Schedule for Motion to Dismiss and For Extending the Deadline for Initial Disclosures

2

served ~~not later than November 3, 2011;~~ in accordance with Civil Local Rule 7;

    4.    That the parties exchange their initial disclosures pursuant to Rule 26(a)(1) on or before December 16, 2011.

Dated: September 23, 2011        Respectfully submitted,

                LOZEAU DRURY LLP

By:    */s/ Michael R. Lozeau*_____
        Michael R. Lozeau*
        Attorneys for Plaintiffs California
        Sportfishing Protection Alliance
        and Petaluma River Counsel

Dated: September 23, 2011        Respectfully submitted,

                PARTON | SELL | RHOADES

By:    */s/ James E. Sell*_____
        James E. Sell
        William R. Fenner
        Attorneys for Defendants Shamrock Materials, Inc., Corto
        Meno Sand and Gravel LLC, and Corto Meno Sand and
        Gravel II LLC

*I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 27, 2011
_____

_____
Magistrate Judge Maria-Elena James

Stip. and [Proposed] Order Establishing a Briefing
Schedule for Motion to Dismiss and For Extending the    3
Deadline for Initial Disclosures