Michael R. Lozeau (State Bar No. 142893)
Richard Drury (State Bar No. 163559)
Christina M. Caro (State Bar No. 250797)
LOZEAU DRURY LLP
410 12th Street, Suite 250
Oakland, California 94607
Tel: (510) 836-4200
Fax: (510) 836-4205 (fax)
E-mails:   michael@lozeaudrury.com
           richard@lozeaudrury.com
           christina@lozeaudrury.com

Attorneys for Plaintiffs
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE and
PETALUMA RIVER COUNCIL

James E. Sell
PARTON | SELL | RHOADES
750 Lindaro St., Suite 140
San Rafael, CA 94901
Tel: (415) 258-9700
Fax: (415) 258-9739 (fax)
E-mails:   jsell@partonsell.com

Attorneys for Defendants SHAMROCK
MATERIALS, INC., CORTO MENO SAND
AND GRAVEL, LLC, and CORTO MENO
SAND AND GRAVEL II, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE; a non-profit corporation; PETALUMA RIVER COUNCIL, an unincorporated association,<br><br>Plaintiffs,<br><br>vs.<br><br>SHAMROCK MATERIALS, INC.; a corporation; CORTO MENO SAND AND GRAVEL, LLC; a limited liability corporation; CORTO MENO SAND AND GRAVEL, II, LLC; a limited liability corporation,<br><br>Defendants. | Case No.: 3:11-CV-02565 MEJ<br>**ASSIGNED TO HON. MARIA ELENA JAMES**<br><br>STIPULATED REQUEST TO EXTEND CASE MANAGEMENT DEADLINES; ORDER<br><br>Case Filed:   May 28, 2011<br>Trial Date:   March 18, 2013 |

WHEREAS, on August 25, 2011, the Court issued an order setting forth deadlines for discovery matters, a pre-trial conference, and a trial date;

WHEREAS, Plaintiffs and Defendants have diligently pursued discovery;

WHEREAS, the parties have also been engaged in good faith settlement discussions and have made significant progress on resolving the case;

WHEREAS, in light of the progress in the settlement discussion, on July 9, 2012, the parties jointly requested a settlement conference with a magistrate judge;

WHEREAS, the parties believe it would be in their mutual best interest to extend all deadlines and the trial date in this matter an additional three to four months in order to allow the parties to engage in further settlement discussions and potentially resolve this action;

WHEREAS, the parties believe that such an extension would conserve the resources of the court;

NOW THEREFORE, the parties hereby stipulate to the following new discovery deadlines, pre-trial conference date, and trial date:

November 16, 2012 – Complete initial expert disclosures;

December 14, 2012 – Complete rebuttals to expert disclosures;

January 18, 2013 – Complete all expert and non-expert discovery;

February 14, 2013 – Deadline for dispositive motions;

March 21, 2013, 10:00 a.m. – Hearing on dispositive motions;

May 24, 2013:  Deadline for counsel to meet and confer with respect to the preparation and content of the joint pretrial conference statement;

June 7, 2013:  Deadline to file the papers described in Federal Rule of Civil Procedure 26(a)(3) and a joint pretrial conference statement;

June 7, 2013:  Deadline to file motions in limine;

June 14, 2013:  Deadline to file oppositions to motions in limine;

June 21, 2013:  Deadline to file Trial Briefs;

June 21, 2013:  Deadline to file joint proposed findings of facts and conclusions of law and disputed findings of fact and conclusions of law;

June 27, 2013, 10:00 a.m. – Pretrial Conference;

July 25, 2013, 10:00 a.m. – Final Pretrial Conference;

July 29, 2013:  (Trial schedule: Monday through Friday, 9:30 a.m. to 3:00 p.m.

Dated: July 9, 2012                     Respectfully submitted,

LOZEAU DRURY LLP


By:     */s/ Michael R. Lozeau*_____ ___
         Michael R. Lozeau*
         Attorneys for Plaintiffs California
         Sportfishing Protection Alliance
         and Petaluma River Counsel

Dated: July 9, 2012                     PARTON | SELL | RHOADES


By:     */s/ James E. Sell*_____ ___
         James E. Sell
         Attorneys for Defendants Shamrock Materials, Inc.,
         Corto Meno Sand and Gravel LLC, and Corto Meno
         Sand and Gravel II LLC

*I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

**ORDER**

PURSUANT TO STIPULATION, the following deadlines are changed:

  November 16, 2012 – Complete initial expert disclosures;

  December 14, 2012 – Complete rebuttals to expert disclosures;

  January 18, 2013 – Complete all expert and non-expert discovery

All remaining deadlines and pretrial/trial dates remain unchanged pending the completion of settlement negotiations before Magistrate Judge Kandis Westmore.

  IT IS SO ORDERED.

Dated: July 19, 2012

_____
Magistrate Judge Maria-Elena James
Chief United States Magistrate Judge