1  Michael R. Lozeau (State Bar No. 142893)
   Richard Drury (State Bar No. 163559)
2  Christina M. Caro (State Bar No. 250797)
   LOZEAU DRURY LLP
3  410 12th Street, Suite 250
   Oakland, California 94607
4  Tel: (510) 836-4200
   Fax: (510) 836-4205 (fax)
5  E-mails:      michael@lozeaudrury.com
                 richard@lozeaudrury.com
6                christina@lozeaudrury.com

7  Attorneys for Plaintiffs
   CALIFORNIA SPORTFISHING
8  PROTECTION ALLIANCE and
   PETALUMA RIVER COUNCIL

9
   James E. Sell
10 PARTON | SELL | RHOADES
   750 Lindaro St., Suite 140
11 San Rafael, CA 94901
   Tel: (415) 258-9700
12 Fax: (415) 258-9739 (fax)
   E-mails:      jsell@partonsell.com

13
   Attorneys for Defendants SHAMROCK
14 MATERIALS, INC., CORTO MENO SAND
   AND GRAVEL, LLC, and CORTO MENO
15 SAND AND GRAVEL II, LLC

16              UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA

18 CALIFORNIA SPORTFISHING                  Case No.:  3:11-CV-02565 MEJ
   PROTECTION ALLIANCE; a non-profit        **ASSIGNED TO HON. MARIA ELENA JAMES**
19 corporation; PETALUMA RIVER COUNCIL,
   an unincorporated association,
20                                          STIPULATED REQUEST TO EXTEND
          Plaintiffs,                       CASE MANAGEMENT DEADLINES;
21                                          ORDER
                vs.
22                                          Case Filed:    May 28, 2011
   SHAMROCK MATERIALS, INC.; a              Trial Date:    March 18, 2013
23 corporation; CORTO MENO SAND AND
   GRAVEL, LLC; a limited liability corporation;
24 CORTO MENO SAND AND GRAVEL, II,
   LLC; a limited liability corporation,
25
          Defendants.
26

27        WHEREAS, on August 25, 2011, the Court issued an order setting forth deadlines for

28 discovery matters, a pre-trial conference, and a trial date;

-1-

WHEREAS, Plaintiffs and Defendants have diligently pursued discovery;

WHEREAS, the parties have also been engaged in good faith settlement discussions and have made significant progress on resolving the case;

WHEREAS, in light of the progress in the settlement discussion, on July 9, 2012, the parties jointly requested a settlement conference with a magistrate judge;

WHEREAS, the parties believe it would be in their mutual best interest to extend all deadlines and the trial date in this matter an additional three to four months in order to allow the parties to engage in further settlement discussions and potentially resolve this action;

WHEREAS, the parties believe that such an extension would conserve the resources of the court;

NOW THEREFORE, the parties hereby stipulate to the following new discovery deadlines, pre-trial conference date, and trial date:

November 16, 2012 – Complete initial expert disclosures;

December 14, 2012 – Complete rebuttals to expert disclosures;

January 18, 2013 – Complete all expert and non-expert discovery;

February 14, 2013 – Deadline for dispositive motions;

March 21, 2013, 10:00 a.m. – Hearing on dispositive motions;

May 24, 2013:  Deadline for counsel to meet and confer with respect to the preparation and content of the joint pretrial conference statement;

June 7, 2013:  Deadline to file the papers described in Federal Rule of Civil Procedure 26(a)(3) and a joint pretrial conference statement;

June 7, 2013:  Deadline to file motions in limine;

June 14, 2013:  Deadline to file oppositions to motions in limine;

June 21, 2013:  Deadline to file Trial Briefs;

June 21, 2013:  Deadline to file joint proposed findings of facts and conclusions of law and disputed findings of fact and conclusions of law;

June 27, 2013, 10:00 a.m. – Pretrial Conference;

July 25, 2013, 10:00 a.m. – Final Pretrial Conference;

July 29, 2013:  (Trial schedule: Monday through Friday, 9:30 a.m. to 3:00 p.m.

Dated: July 9, 2012                    Respectfully submitted,

LOZEAU DRURY LLP


By:     /s/ Michael R. Lozeau_____ ___
        Michael R. Lozeau*
        Attorneys for Plaintiffs California
        Sportfishing Protection Alliance
        and Petaluma River Counsel

Dated: July 9, 2012                    PARTON | SELL | RHOADES


By:     /s/ James E. Sell_____ ___ _____
        James E. Sell
        Attorneys for Defendants Shamrock Materials, Inc.,
        Corto Meno Sand and Gravel LLC, and Corto Meno
        Sand and Gravel II LLC

*I hereby attest that I have on file all holograph signatures for any signatures indicated by a
"conformed" signature (/S/) within this efiled document.


## ORDER

PURSUANT TO STIPULATION, the following deadlines are changed:

November 16, 2012 – Complete initial expert disclosures;

December 14, 2012 – Complete rebuttals to expert disclosures;

January 18, 2013 – Complete all expert and non-expert discovery

All remaining deadlines and pretrial/trial dates remain unchanged pending the completion of

settlement negotiations before Magistrate Judge Kandis Westmore.

IT IS SO ORDERED.

Dated: July 19, 2012

_____
Magistrate Judge Maria-Elena James
Chief United States Magistrate Judge