Michael R. Lozeau (State Bar No. 142893)
Richard Drury (State Bar No. 163559)
Christina M. Caro (State Bar No. 250797)
LOZEAU DRURY LLP
410 12th Street, Suite 250
Oakland, California 94607
Tel: (510) 836-4200
Fax: (510) 836-4205 (fax)
E-mails:   michael@lozeaudrury.com
           richard@lozeaudrury.com
           christina@lozeaudrury.com

Attorneys for Plaintiffs
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE and
PETALUMA RIVER COUNCIL

James E. Sell
PARTON | SELL | RHOADES
750 Lindaro St., Suite 140
San Rafael, CA 94901
Tel: (415) 258-9700
Fax: (415) 258-9739 (fax)
E-mails:   jsell@partonsell.com

Attorneys for Defendants SHAMROCK
MATERIALS, INC., CORTO MENO SAND
AND GRAVEL, LLC, and CORTO MENO
SAND AND GRAVEL II, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE; a non-profit corporation; PETALUMA RIVER COUNCIL, an unincorporated association,<br><br>    Plaintiffs,<br><br>    vs.<br><br>SHAMROCK MATERIALS, INC.; a corporation; CORTO MENO SAND AND GRAVEL, LLC; a limited liability corporation; CORTO MENO SAND AND GRAVEL, II, LLC; a limited liability corporation,<br><br>    Defendants. | Case No.:  3:11-CV-02565 MEJ<br>**ASSIGNED TO HON. MARIA ELENA JAMES**<br><br>STIPULATED REQUEST TO AMEND CONDITIONAL DISMISSAL; [PROPOSED] ORDER |

WHEREAS, on August 27, 2012, the Parties reached a settlement in principle of this Action;

WHEREAS, on October 6, 2012, the Parties entered into a written Settlement Agreement memorializing the terms of the settlement agreed to on August 27, 2012;

WHEREAS, the Settlement Agreement includes a schedule for monetary payments by Defendants the last payment of which is scheduled to occur on April 15, 2013;

WHEREAS, on August 28, 2012, upon receipt of the United States Magistrate Judge's notice that the Parties had reached a settlement, the Court filed a Conditional Dismissal of this Action that included the condition that if any party hereto shall certify to the Court, within ninety days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

WHEREAS, the Parties agree that the consideration agreed to at the August 27, 2012 settlement conference and included in the Settlement Agreement will not be completely delivered over until at least April 15, 2013, and;

WHEREAS, the Parties agree that in order for the terms of the Settlement to be fully executed as agreed to by the Parties, the Court should extend the Conditional Dismissal date for 45-days beyond that final payment date until June 1, 2013, in order for the Parties to assure that all of terms of the Settlement Agreement have been completed, to attempt to cure any breach, or to provide certification to the Court that the agreed consideration for settlement was not delivered and file any appropriate motion to enforce the Settlement Agreement;

NOW THEREFORE, the Parties hereby stipulate to request that the Court amend its Conditional Dismissal of August 28, 2012 to read as follows:

> The Court, having been advised that the parties in the above-captioned matter have agreed to a settlement of this case, hereby DISMISSES this case with prejudice. However, if any party hereto shall certify to this Court, **by not later than June 1, 2013**, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial. The Clerk of Court shall close the file.

Dated: September 28, 2012          Respectfully submitted,

                                    LOZEAU DRURY LLP


                              By:   /s/ Michael R. Lozeau
                                    Michael R. Lozeau*
                                    Attorneys for Plaintiffs California
                                    Sportfishing Protection Alliance
                                    and Petaluma River Counsel

Dated: September 28, 2012          PARTON | SELL | RHOADES


                              By:   /s/ James E. Sell
                                    James E. Sell
                                    Attorneys for Defendants Shamrock Materials, Inc.,
                                    Corto Meno Sand and Gravel LLC, and Corto Meno
                                    Sand and Gravel II LLC

*I hereby attest that I have approval from counsel for any signatures indicated by a "conformed" signature (/S/) within this efiled document.


PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the Conditional Dismissal of this Action entered by the Court on August 28, 2012 be amended as follows:

The Court, having been advised that the parties in the above-captioned matter have agreed to a settlement of this case, hereby DISMISSES this case with prejudice. However, if any party hereto shall certify to this Court, **by not later than June 1, 2013**, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial. The Clerk of Court shall close the file.

**IT IS SO ORDERED.**


Dated:  October 9, 2012

                                    _____
                                    Maria-Elena James
                                    Chief United States Magistrate Judge